### Ana Esther MORALES–DE LOZANO, Petitioner,

v.

### Eric H. HOLDER, Jr., Attorney General, Respondent.

### No. 11–72071.

United States Court of Appeals, Ninth Circuit.

Sept. 26, 2013 *.

Ramin Ghashghaei, Los Angeles, CA, for Petitioner.

Jeffrey Ronald Meyer, Esquire, OIL, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

### MEMORANDUM **

Ana Esther Morales–De Lozano, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's decision denying her application for asylum. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Singh v. Holder,* 656 F.3d 1047, 1051 (9th Cir.2011), and we deny the petition for review.

Morales–De Lozano contends that extraordinary circumstances excused the untimely filing of her asylum application. Even if she established extraordinary circumstances, the record does not compel the conclusion that she filed her asylum application within a reasonable period after the Department of Homeland Security filed the Notice to Appear with the immigration court. *See Husyev v. Mukasey,* 528 F.3d 1172, 1181–82 (9th Cir.2008). Accordingly, Morales–De Lozano's asylum claim fails.

### PETITION FOR REVIEW DENIED.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.